O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EDGAR VASQUEZ, | Case No. 2:21-cv-07176-CAS-KES |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. The deadline for filing objections to the Report has passed, and none were filed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Complaint without prejudice and without leave to amend.

DATED: January 26, 2022

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE