JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR VASQUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>et al.,<br><br>        Defendants. | Case No. 2:21-cv-07176-CAS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Complaint is dismissed without prejudice and without leave to amend.

DATED:  January 26, 2022        _Christine a. Snyde_        _____

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE